NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-17-0000408
07-SEP-2018
08:13 AM

NO. CAAP-17-0000408

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


DAVID ROBINS AND NICK LACARRA,
Lienors-Appellants/Cross-Appellees,
v.
DAVID COOKE; COOKE REAL ESTATE HAWAII, LLC;
Respondents-Appellees/Cross-Appellants,
and DOE DEFENDANTS 1-20, Respondents

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(M.L. NO. 16-1-0049 KKS)


ORDER APPROVING STIPULATION FOR DISMISSAL
(By: Fujise, Presiding Judge, Leonard and Reifurth, JJ.)

Upon consideration of the Stipulation for Dismissal Pursuant to Rule 42(b) of the Hawaii Rules of Appellate Procedure filed on August 13, 2018, and the record, it appears that the stipulation is dated and signed by counsel for all parties and the parties agree to bear their own costs and fees.

Therefore, IT IS HEREBY ORDERED that the Stipulation for Dismissal Pursuant to Rule 42(b) of the Hawaii Rules of Appellate Procedure is approved and the appeal is dismissed. The parties shall bear their own costs and fees.

DATED: Honolulu, Hawai'i, September 7, 2018.

Presiding Judge

Associate Judge

Associate Judge